## CASE ANNOUNCEMENTS

*May 2, 2014*

[Cite as *05/02/2014 Case Announcements #2*, 2014-Ohio-1854.]

## MOTION AND PROCEDURAL RULINGS

**2014–0626. State v. Lawson.**
Mahoning App. No. 12 MA 194, 2014-Ohio-879. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion for stay, it is ordered by the court that the motion is denied.

## CASE ANNOUNCEMENTS

*May 5, 2014*

[Cite as *05/05/2014 Case Announcements*, 2014-Ohio-1856.]

## MOTION AND PROCEDURAL RULINGS

**2014–0569. State ex rel. Teagarden v. Branstool.**
This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of the joint motion to stay proceedings, it is ordered by the court that the motion is granted and the proceedings in this case are stayed pending further order of the court. It is further ordered that the parties shall notify the court promptly after relator's resentencing.

## CASE ANNOUNCEMENTS

*May 5, 2014*

[Cite as *05/05/2014 Case Announcements #2*, 2014-Ohio-1866.]

## MOTION AND PROCEDURAL RULINGS

**2009–1292. State ex rel. Doner v. Zehringer.**
In Mandamus. This cause came on for further consideration upon the filing of respondents' motion for leave to file supplement to evidence, and relators' cross-motion for leave to file supplement to evidence. It is ordered by the court that the motions are granted.

## CASE ANNOUNCEMENTS

*May 6, 2014*

[Cite as *05/06/2014 Case Announcements*, 2014-Ohio-1905.]

## MOTION AND PROCEDURAL RULINGS